PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JUSTIN L. MARTIN, Missouri State Bar No. 62255
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (206) 615-3735
Email: Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| BARBIE KAY HUMPHREY,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>        Defendant. | CIVIL NO. 2:24-cv-02386-CSK<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned

attorneys, and with the approval of the Court, that this action be remanded for further

administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C.

§ 405(g), sentence four. On remand, the Appeals Council will remand the case to an

administrative law judge (ALJ) with instructions to reevaluate Plaintiff's subjective complaints;

reevaluate Plaintiff's residual functional capacity; as needed, continue the sequential evaluation

process and obtain vocational expert testimony, if warranted; take action to further develop the

record, as necessary; offer Plaintiff the opportunity for a hearing; and issue a new decision.

The parties further request that the Court direct the Clerk of the Court to enter a final

judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

Commissioner.

Respectfully submitted,

DATE:  November 19, 2024          /s/ Francesco Paulo Benavides*
                                  FRANCESCO PAULO BENAVIDES
                                  Attorney for Plaintiff
                                  *Authorized via e-mail on November 19, 2024


                                  PHILLIP A. TALBERT
                                  United States Attorney

                                  MATHEW W. PILE
                                  Associate General Counsel
                                  Office of Program Litigation, Office 7

DATE: November 19, 2024           By: /s/ Justin L. Martin
                                  JUSTIN L. MARTIN
                                  Special Assistant United States Attorney
                                  Office of Program Litigation, Office 7

                                  Attorneys for Defendant

### [~~PROPOSED~~] ORDER

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42

U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the

above-captioned action is remanded to the Commissioner of Social Security for further

proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g),

sentence four. On remand, the Appeals Council will remand the case to an administrative law

judge for a new decision in accordance with the parties' Stipulation.

DATED:  November 21, 2024

_____
HON. CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, hump.2386.24